Air Conditioning Training Company, Appellant, v.
John Hildebrand, Appellee.

Gen. No. 43,543.

opinion filed November 20, 1946; rehearing denied December 4, 1946; released for publication December 5, 1946. Otto Kralik and Sumner C. Palmer, for appellant; Albert H. Werner, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.